AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

Yusuf J. Nuraldin, pro se, et al

v.

The Central New York (CENTRO) Regional Transportation Authority, Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 -CV- 1108**

DNH / GJD

TO: (Name and address of Defendant)

Darryl Vanderpool (Outside Supervisor)
200 Cortland Avenue, P.O. Box 800
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

FEB 15 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

v.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **07 -CV- 1 1 0 8**

DNH / GJD

TO: (Name and address of Defendant)

Kenneth Orr (former union trial committee)
615 W. Genesee St.
Syracuse, New York 13204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

FEB 15 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    NEW YORK

Yusuf J. Nuraldin, pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 -CV- 1108**

DNH / GJD

TO: (Name and address of Defendant)

Craig M. Atlas (Attorney)
5010 Campuswood Drive
East Syracuse, New York 13057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    FEB 15 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

Yusuf J. Nuraldin, pro se, et al
V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Miles Lawlor (Attorney)
5010 Campuswood Drive
East Syracuse, New York 13057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

FEB 15 2008

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____    District of    _____ NEW YORK _____

Yusuf J. Nuraldin, pro se, et al

V.

**SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al    CASE NUMBER:

# 07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Brian M. Schult (Vice Chairman, Board of Directors)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    FEB 15 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

Yusuf J. Naraldin pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Jackie Musengo (Benefits Manager)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

FEB 15 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

v.

**SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

CASE NUMBER:

# 07 -CV- 1108

TO: (Name and address of Defendant)

Leo Williams (Lead Outside Supervisor)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB 15 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 -CV- 1108

TO: (Name and address of Defendant)

Audrey Tucker (Light Duty Coordinator
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   FEB 15 2008

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 -CV- 1108

TO: (Name and address of Defendant)

Duke Bailey (Supervisor)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

FEB 1 5 2008

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    NEW YORK

Yusuf J. Nuraldin, pro se, et al            **SUMMONS IN A CIVIL ACTION**

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al     CASE NUMBER: **07 -CV- 1108**

TO: (Name and address of Defendant)

Craig Williams (Former Director of Human Resources)
819 S. Salina St.
Syracuse, New York 13202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                                    FEB 15 2008

(By) DEPUTY CLERK                        DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____    District of    _____NEW YORK_____

Yusuf J. Nuraldin, pro se, et al

v.                                                **SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al        CASE NUMBER:

## 07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Frank Kobliski (Present C.E.O.)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

FEB 15 2008

_____          _____
CLERK                                   DATE

_____
(By) DEPUTY CLERK

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority,
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Robert Colucci, Jr (Chairman Board of Directors)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  FEB 15 2008

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____   District of   _____NEW YORK_____

Yusuf J. Nuraldin, pro se, et al
          V.
The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 -CV- 1108
### DNH /GJD

TO: (Name and address of Defendant)

John Renock (Senior V.P. of Operations)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
(By) DEPUTY CLERK

FEB 15 2008

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>     District of     <u>NEW YORK</u>

Yusuf J Nuraldin, pro se, et al

       V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 -CV- 1108**

DNH / GJD

TO: (Name and address of Defendant)

Stephanie Miner (Attorney)
443 N. Franklin St.
Suite 300
Syracuse, N.Y. 13204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

FEB 15 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____    District of    _____ NEW YORK _____

Yusuf J. Nuraldin, pro se, et al

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **07 -CV- 1108**

DNH / GJD

TO: (Name and address of Defendant)

Ed Muellar (Manager of Service Development)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    FEB 15 2008

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

Yusuf T. Nuraldin, pro se, et al

v.

**SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

CASE NUMBER:  **07 -CV- 1108**

DNH / GJD

TO: (Name and address of Defendant)

Kathy Fuller (Supervisor of Regional Transportation Center (RTC)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK

_____

(By) DEPUTY CLERK

FEB 15 2008

_____

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN   District of   NEW YORK

Yusuf J. Nuraldin, pro se, et al

V.

**SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

CASE NUMBER:

# 07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Patty Dishaw (Manager-Service Development)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

FEB 15 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al

**SUMMONS IN A CIVIL ACTION**

V.

The Central New York (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

CASE NUMBER:

## 07 -CV- 1108
DNH /GJD

TO: (Name and address of Defendant)

Gary Nordheim (Employee Relations Manager)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____          FEB 15 2008
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    NEW YORK

Yusuf J. Nuraldin, pro se, et al
                    v.

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 -CV- 1108

DNH /GJD

TO: (Name and address of Defendant)

Richard Lee (V.P. of Human Resources)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

FEB 15 2008

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

Yusuf J. Nuraldin, pro se, et al
V.

**SUMMONS IN A CIVIL ACTION**

The Central New York (CENTRO)
Regional Transportation Authority
Defendants, Robert Colucci, et al

CASE NUMBER:

07 -CV- 1108
DNH/GJD

TO: (Name and address of Defendant)

Steve Share (V.P. of Finance)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York 13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

FEB 1 5 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

Yusuf J. Nuraldin, pro se, et al

v.

The Central NewYork (CENTRO)
Regional Transportation Authority
Defendents, Robert Colucci, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 -CV- 1108

DNH / GJD

TO: (Name and address of Defendant)

Joe DeGray (V.P. of Operations)
200 Cortland Avenue, P.O. Box 820
Syracuse, New York  13205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

FEB 15 2008

DATE